**MESSNER REEVES LLP**
Renee Finch (Nevada Bar No. 13118)
8945 West Russell Road, Suite 300
Las Vegas, Nevada 89148
Telephone: (702) 363-5100
Facsimile: (702) 363-5101
Email: rfinch#@messner.com

**THORPE SHWER, P.C.**
William L. Thorpe (Arizona Bar No. 005641), *Pro Hac Vice*
Thomas D. Ulreich-Power (Arizona Bar No. 019345), *Pro Hac Vice*
3200 North Central Avenue, Suite 1560
Phoenix, Arizona 85012-2441
Telephone: (602) 682-6100
Email: docket@thorpeshwer.com
Email: wthorpe@thorpeshwer.com
Email: tgrim@thorpeshwer.com

*Attorneys for Defendant JB Hunt Transport, Inc.*
*and Stephen R. Palacios*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JULIO CHIQUIN, an individual; JOAQUINA CHIQUIN, an individual; JUAN CARLOS DE PAZ-OCHOA, an individual; NINFA X. MAAS, an individual; NINFA X. MAAS, on behalf her minor child, J.D.P.,<br><br>Plaintiff,<br><br>v.<br><br>J.B. HUNT TRANSPORT, INC., a foreign corporation; STEPHEN R. PALACIOS, an individual; DOES I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>JB Hunt. | 2:21-cv-02119-JAD-DJA<br><br><br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE THEIR RESPONSE TO PLAINTIFFS' MOTION FOR REMAND**<br><br>**(First Request)**<br><br><br>ECF Nos. 12, 14 |

Pursuant to LR IA 6-1, Plaintiffs and Defendants stipulate and agree to extend the time for Defendants to file their Response to Plaintiffs' Motion to Remand (the "Motion") by fourteen (14) days, until January 20, 2022. The current deadline is today, January 6, 2022. The parties are engaged in settlement negotiations that could result in a resolution of this matter and avoid the need for this Court to consider the Motion. The parties agreed that while such negotiations are underway,

Defendants should be allowed additional time for the preparation of its Response since the filing of such a brief ultimately may not be necessary. Should the negotiations not result in the resolution of this matter, Defendants do intend to promptly file an Response to the Motion on or before the extended deadline of January 20, 2022.  Undersigned counsel declare that this Stipulation is made in good faith with the intention of conserving time and resources of the parties and the Court, and request that the Court enter an order granting the extension of time.  This is the first request of Defendants to extend time to file their Response to the Motion for Remand.

    IT IS RESPECTFULLY SUBMITTED.

    DATED this 6th day of January, 2022.

| MESSNER REEVES LLP | JENNINGS & FULTON, LTD. |
|---|---|
| By */s/Renee Finch, Esq.*<br>Renee Finch<br>Nevada State Bar 13118<br>8945 West Russell Road, Suite 300<br>Las Vegas, Nevada 89148 | By */s/Logan Willson, Esq.*<br>Adam R. Fulton<br>Nevada Bar No. 11572<br>Logan G. Willson<br>Nevada Bar No. 14967<br>2580 Sorrel Street<br>Las Vegas, Nevada 89146 |
| **Attorneys for Defendant J.B. Hunt Transport, Inc., and Stephen Palacios** | **Attorneys for Plaintiffs** |
| William L. Thorpe*<br>Thomas D. Ulreich-Power*<br>THORPE SHWER, P.C.<br>3200 North Central Avenue, Suite 1560<br>Phoenix, Arizona 85012 | |

*Admitted *pro hac vice*

**Good cause appearing, IT IS SO ORDERED.  The deadline to respond to the motion to remand [12] is EXTENDED to January 20, 2022.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: January 12, 2022