ADAM R. FULTON, ESQ.
Nevada Bar No. 11572
E-mail: afulton@jfnvlaw.com
LOGAN G. WILLSON, ESQ.
Nevada Bar No. 14967
E-mail: logan@jfnvlaw.com
**JENNINGS & FULTON, LTD.**
2580 Sorrel Street
Las Vegas, Nevada 89146
Telephone: (702) 979-3565
Facsimile:  (702) 362-2060
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JULIO CHIQUIN, an individual; JOAQUINA CHIQUIN, an individual; JUAN CARLOS DE PAZ-OCHOA, an individual, NINFA X. MAAS, an individual; NINFA X. MAAS, on behalf of her minor child, J.D.P., <br><br> Plaintiffs, <br><br> v. <br><br> J.B. HUNT TRANSPORT, INC., a foreign corporation; STEPHEN R. PALACIOS, an individual; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive, <br><br> Defendants. | CASE NO.:  2:21-cv-02119-JAD-DJA <br><br><br> **ORDER EXTENDING DEADLINES** <br><br> **(Second Request)** <br><br> ECF Nos. 12, 17 |

The parties hereby notify this Honorable Court that they have reached an agreement for global settlement of this matter. However, the settlement documents are still being drafted. As such, the parties agree that an additional 60 days is needed to allow the parties to finalize the settlement documents and submit a stipulation and order to dismiss this case. Further, pursuant to LR IA 6-1, the parties additionally request that all pending case deadlines, including the response to the pending Motion to Remand filed by Plaintiff's on December 23, 2021, also be extended by 60 days.

-1-

On January 6, 2022, Defendants filed a stipulated requested to extend time to file their Opposition to the Motion for Remand, as settlement discussions were ongoing. Therefore, this is Defendants' second request to extend time as it relates to that deadline. For all other case deadlines, this is the first request to extend.

Accordingly, the parties respectfully request that the Court extend all pending case deadlines by 60 days and grant the parties 60 days from today to submit a stipulation and order to dismiss or set this matter for a status check. This Stipulation is made in good faith with the intention of conserving time and resources of the parties and the Court, pending the finalization of the settlement agreement.

Dated: January 19th, 2022

**JENNINGS & FULTON, LTD.**

By:  /s/ Adam R. Fulton, Esq.
ADAM R. FULTON, ESQ.
Nevada Bar No. 11572
E-mail: afulton@jfnvlaw.com
LOGAN G. WILLSON, ESQ.
Nevada Bar No. 14967
E-mail: logan@jfnvlaw.com
2580 Sorrel Street
Las Vegas, Nevada 89146
Telephone: (702) 979-3565
Facsimile:  (702) 362-2060
*Attorneys for Plaintiffs*

Dated: January 19th, 2022

**MESSNER REEVES LLP**

By:  /s/ Renee Finch, Esq.  RENEE FINCH, ESQ.
Nevada Bar No. 13118
8945 W. Russell Rd., Suite 300
Las Vegas, Nevada 89148
Telephone: (702) 363-5100
Facsimile: (702) 363-5101
Email: rfinch@messner.com

**THORPE SHWER, P.C.**
WILLIAM L. THORPE, ESQ.*
Arizona Bar No. 005641
THOMAS D. ULREICH-POWER, ESQ.*
Arizona Bar No. 019345
3200 North Central Avenue, Suite 1560
Phoenix, Arizona 85012-2441
Telephone: (602) 682-6100
Email: docket@thorpeshwer.com
Email: wthorpe@thorpeshwer.com Email: tgrim@thorpeshwer.com *Attorneys for Defendant JB Hunt Transport, Inc. and Stephen R. Palacios*

### ORDER

**Based on the parties' stipulation [17] and good cause appearing, IT IS HEREBY ORDERED that the parties must file a stipulated dismissal by March 21, 2022, and the deadline to file the opposition to the motion to remand [12] is extended to March 21, 2022.**

_____
U.S. District Judge Jennifer A. Dorsey
January 24, 2022