Renee M. Finch, Esq.
Nevada Bar No. 13118
MESSNER REEVES LLP
8945 West Russell Road, Suite 300
Las Vegas, Nevada 89148
Telephone:     (702) 363-5100
Facsimile:     (702) 363-5101
E-mail:  rfinch@messner.com

William L. Thorpe (Arizona Bar No. 005641), *Pro Hac Vice* motion to be filed
Thomas D. Ulreich-Power (Arizona Bar No. 019345), *Pro Hac Vice* motion to be filed
**THORPE SHWER, P.C.**
3200 North Central Avenue, Suite 1560
Phoenix, Arizona  85012-2441
Telephone:  (602) 682-6100
Email: docket@thorpeshwer.com
Email: wthorpe@thorpeshwer.com
Email: tulreich-power@thorpeshwer.com

*Attorneys for Defendant*
*JB Hunt Transport, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JULIO CHIQUIN, an individual; JOAQUINA CHIQUIN, an individual; JUAN CARLOS DE PAZ-OCHOA, an individual, NINFA X. MAAS, an individual, NINFA X. MAAS, on behalf of her minor child, JENCARLOS DE PAZ,<br><br>Plaintiff,<br><br>v.<br><br>J.B. HUNT TRANSPORT, INC., a foreign corporation; STEPHEN R. PALACIOS, an individual; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | CASE NO.:   2:21-cv-02119-JAD-DJA<br><br>**STIPULATED REQUEST TO EXTEND ALL CASE DEADLINES**<br><br>**(Third Request)**<br><br>ECF No. 19 |

On January 20, 2022, the parties notified this Honorable Court that they reached an agreement

for global settlement of this matter [Document 17]. Subsequently, this Court entered an Order on

January 24, 2022 extending the deadline to file the opposition to the motion to remand until March

21, 2022, and requiring the parties to file a stipulated dismissal by March 21, 2022 [Document 18]. Since this Court's Order, the parties have engaged in good-faith efforts to finalize the settlement and are still in the process of doing so. The parties agree that an additional 90 days is needed to complete settlement.

A few matters have contributed to the delay in finalizing settlement. As the Court is aware, this matter involves a minor plaintiff; Plaintiffs' counsel is currently determining the procedural requirements to effectuate a minor's compromise for the minor, so that a settlement may be entered into on the minor's behalf. Further, Plaintiffs' counsel is engaged in conversations with third-party insurance providers that impact the settlement agreement. The parties are diligently working on gathering the necessary information to effectuate a proper settlement agreement.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Pursuant to LR IA 6-1, the parties are requesting that all pending case deadlines, including the response to the Motion to Remand filed by Plaintiffs on December 23, 2021, be extended by 90 days. This is the Parties second request to extend all case deadlines, and the third request to extend time to file Defendants' Opposition to the Motion for Remand. This Stipulation is made in good faith with the intention of conserving time and resources of the parties and the Court, pending the finalization of the settlement agreement.

| | |
|---|---|
| Dated: March 16, 2022 | Dated: March 16, 2022 |
| **JENNINGS & FULTON, LTD.** | **MESSNER REEVES LLP** |
| By: ___/s/ Adam R. Fulton, Esq.___<br>ADAM R. FULTON, ESQ.<br>Nevada Bar No. 11572<br>E-mail: afulton@jfnvlaw.com<br>LOGAN G. WILLSON, ESQ.<br>Nevada Bar No. 14967<br>E-mail: logan@jfnvlaw.com<br>2580 Sorrel Street<br>Las Vegas, Nevada 89146<br>Telephone: (702) 979-3565<br>Facsimile:  (702) 362-2060<br>*Attorneys for Plaintiffs* | By: ___/s/ Renee Finch, Esq___<br>RENEE FINCH, ESQ.<br>Nevada Bar No. 13118<br>8945 W. Russell Rd., Suite 300<br>Las Vegas, Nevada 89148<br>Telephone: (702) 363-5100<br><br>Email: rfinch@messner.com<br><br>**THORPE SHWER, P.C.**<br>WILLIAM L. THORPE, ESQ.*<br>Arizona Bar No. 005641<br>THOMAS D. ULREICH-POWER, ESQ.*<br>Arizona Bar No. 019345<br>*Attorneys for Defendants*<br><br>* Admitted *pro hac vice* |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

3-22-22
_____
DATED