ADAM R. FULTON, ESQ.
Nevada Bar No. 11572
E-mail: afulton@jfnvlaw.com
LOGAN G. WILLSON, ESQ.
Nevada Bar No. 14967
E-mail: logan@jfnvlaw.com
**JENNINGS & FULTON, LTD.**
2580 Sorrel Street
Las Vegas, Nevada 89146
Telephone: (702) 979-3565
Facsimile:   (702) 362-2060
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JULIO CHIQUIN, an individual; JOAQUINA CHIQUIN, an individual; JUAN CARLOS DE PAZ-OCHOA, an individual, NINFA X. MAAS, an individual; NINFA X. MAAS, on behalf of her minor child, J.D.P.,<br><br>Plaintiffs,<br><br>v.<br><br>J.B. HUNT TRANSPORT, INC., a foreign corporation; STEPHEN R. PALACIOS, an individual; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | CASE NO.:  2:21-cv-02119-JAD-DJA<br><br><br><br>**STIPULATION AND ORDER TO EXTEND ALL CASE DEADLINES**<br><br>**(Fourth Request)**<br><br>ECF No. 21 |

On January 20, 2022, the parties notified this Honorable Court that they reached an agreement for global settlement of this matter [Document 17]. Subsequently, this Court entered an Order on January 24, 2022 extending the deadline to file the opposition to the motion to remand until March 21, 2022, and requiring the parties to file a stipulated dismissal by March 21, 2022 [Document 18]. On March 22, 2022, the Court signed the parties Stipulated Request to Extend All Case Deadlines (Third Request) [Document 20].

As this matter involves a minor, Plaintiff JUAN CARLOS DE PAZ-OCHOA was

-1-

required to file a Petition for Compromise of Minor's Claim ("Petition") in the Eighth Judicial District Court, Case No. A-22-854078-M, regarding the approval for the disbursement of settlement funds for the minor and to established a blocked account pursuant to NRS 41.200. The order regarding the Petition is pending. Upon receipt of the order granting the Petition, the parties will be able to finalize a settlement agreement and submit a stipulation and order for dismissal with prejudice. Pursuant to LR IA 6-1, the parties are requesting that all pending case deadlines, including the response to the Motion to Remand filed by Plaintiffs on December 23, 2021, be extended by 90 days, and due on or before September 21, 2022, if necessary. This is the Parties third request to extend all case deadlines, and the fourth request to extend time to file Defendants' Opposition to the Motion for Remand. This Stipulation is made in good faith with the intention of conserving time and resources of the parties and the Court, pending the finalization of the settlement agreement.

| | |
|---|---|
| Dated: June 20th, 2022 | Dated: June 20th, 2022 |
| **JENNINGS & FULTON, LTD.** | **MESSNER REEVES LLP** |
| By: __/s/ Logan G. Willson, Esq.__<br>ADAM R. FULTON, ESQ.<br>Nevada Bar No. 11572<br>E-mail: afulton@jfnvlaw.com<br>LOGAN G. WILLSON, ESQ.<br>Nevada Bar No. 14967<br>E-mail: logan@jfnvlaw.com<br>2580 Sorrel Street<br>Las Vegas, Nevada 89146<br>Telephone: (702) 979-3565<br>Facsimile:  (702) 362-2060<br>*Attorneys for Plaintiffs* | By: __/s/ Renee Finch, Esq.__<br>RENEE FINCH, ESQ.<br>Nevada Bar No. 13118<br>8945 W. Russell Rd., Suite 300<br>Las Vegas, Nevada 89148<br>Telephone: (702) 363-5100<br>Email: rfinch@messner.com<br><br>**THORPE SHWER, P.C.**<br>WILLIAM L. THORPE, ESQ.*<br>THOMAS D. ULREICH-POWER, ESQ.*<br>*Attorneys for Defendants*<br>*Admitted *pro hac vice* |

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**
June 29, 2022

-2-