**THORPE SHWER, P.C.**
William L. Thorpe (Arizona Bar No. 005641), *Pro Hac Vice*
Thomas D. Ulreich-Power (Arizona Bar No. 019345), *Pro Hac Vice*
3200 North Central Avenue, Suite 1560
Phoenix, Arizona  85012-2441
Telephone:  (602) 682-6100
Email:  docket@thorpeshwer.com
Email:  wthorpe@thorpeshwer.com
Email:  tulreich-power@thorpeshwer.com

**MESSNER REEVES LLP**
Renee Finch (Nevada Bar No. 13118)
5556 S. Fort Apache Road, Suite 100
Las Vegas, Nevada  89148
Telephone:  (702) 363-5100
Facsimile:  (702) 363-5101
Email:  rfinch#@messner.com

*Attorneys for Defendant JB Hunt Transport, Inc.
and Stephen Palacios*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JULIO CHIQUIN, an individual; JOAQUINA CHIQUIN, an individual; JUAN CARLOS DE PAZ-OCHOA, an individual; NINFA X. MAAS, an individual; NINFA X. MAAS, on behalf her minor child, J.D.P.,<br><br>Plaintiff,<br><br>v.<br><br>J.B. HUNT TRANSPORT, INC., a foreign corporation; STEPHEN R. PALACIOS, an individual;  DOES I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | 2:21-cv-02119-JAD-DJA<br><br>**STIPULATION AND ORDER RE: CASE DEADLINES**<br><br>**(Fifth Request)**<br><br><br>ECF Nos. 12, 23 |

On January 20, 2022, the parties notified this Honorable Court that they reached an agreement for global settlement of this matter [Document 17]. Subsequently, this Court entered an Order on January 24, 2022 extending the deadline to file the opposition to the motion to remand until March 21, 2022, and requiring the parties to file a stipulated dismissal by March 21, 2022 [Document 18]. Due to delays in obtaining the approval for disbursement of

9260622

settlement funds to the minor plaintiff, the parties filed two additional stipulated requests to extend all deadlines [Document 19 and 21]. This Court granted those requests on March 22, 2022 [Document 20] and June 29, 2022 [Document 22]. The parties are continuing to engage in good-faith efforts to finalize the settlement and are still in the process of doing so. The parties agree that an additional 90 days is needed to finalize settlement.

On September 2, 2022, Plaintiff's counsel received an order from the court, approving the amended petition for the minor plaintiff's compromise. The parties are circulating settlement releases, and once signed, a stipulation and order for dismissal with prejudice will be filed.

Pursuant to LR IA 6-1, the parties are requesting that all pending case deadlines, including the response to the Motion to Remand filed by Plaintiffs on December 23, 2021, be extended by 90 days to be due on or before December 21, 2022. This is the Parties fourth request to extend all case deadlines, and the fifth request to extend time to file Defendants' Opposition to the Motion for Remand. This Stipulation is made in good faith with the intention of conserving time and resources of the parties and the Court, pending the finalization of the settlement agreement.

Dated: September 21, 2022
**JENNINGS & FULTON, LTD.**

By: *Adam R. Fulton, Esq.*   (with permission)
ADAM R. FULTON, ESQ.
Nevada Bar No. 11572
Email: afulton@jfnvlaw.com
LOGAN G. WILSON, ESQ.
Nevada Bar No.: 14967
E-mail: logan@jfnvlaw.com
2580 Sorrell Street
Las Vegas, Nevada 89146
Telephone No.:  (702) 979-3565
Facsimile:  (702) 362-2060
*Attorneys for Plaintiffs*

Dated: September 21, 2022
**THORPE SHWER, P.C.**

By /s/ *William L. Thorpe*
WILLIAM L. THORPE, ESQ.*
Arizona Bar No.: 005641
Email:  wthorpe@thorpeshwer.com
THOMAS D. ULREICH-POWER, ESQ.*
Arizona Bar No. 019345
Tulreich-power@thorpeshwer.com
3200 N. Central Ave., Suite 1560
Phoenix, Arizona 85012
Telephone No.:  (602) 682-6100
*Admitted *pro hac vice*

**ORDER**

Because the finalization of the settlement of this matter is imminent, and to preserve the resources of the parties and the court, this stipulation [ECF No. 23] is GRANTED in part.  **All case deadlines will be tolled until December 21, 2022**, but instead of further extending the deadline to respond to the motion to remand, that motion **[ECF No. 12] is DENIED without prejudice to its refiling** by December 31, 2022, in the event that the settlement of this case is not completed.

U.S. District Judge Jennifer A. Dorsey
Dated: September 22, 2022

2

9260622