**THORPE SHWER, P.C.**
William L. Thorpe (Arizona Bar No. 005641), *Pro Hac Vice*
Thomas D. Ulreich-Power (Arizona Bar No. 019345), *Pro Hac Vice*
3200 North Central Avenue, Suite 1560
Phoenix, Arizona  85012-2441
Telephone:  (602) 682-6100
Email:  docket@thorpeshwer.com
Email:  wthorpe@thorpeshwer.com
Email:  tulreich-power@thorpeshwer.com

**MESSNER REEVES LLP**
Renee Finch (Nevada Bar No. 13118)
8945 W. Russell Road, Suite 300
Las Vegas, Nevada  89148
Telephone:  (702) 363-5100
Facsimile:  (702) 363-5101
Email:  rfinch@messner.com

*Attorneys for Defendant JB Hunt Transport, Inc. and Stephen Palacios*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JULIO CHIQUIN, an individual; JOAQUINA CHIQUIN, an individual; JUAN CARLOS DE PAZ-OCHOA, an individual; NINFA X. MAAS, an individual; NINFA X. MAAS, on behalf her minor child, J.D.P.,<br><br>Plaintiff,<br><br>v.<br><br>J.B. HUNT TRANSPORT, INC., a foreign corporation; STEPHEN R. PALACIOS, an individual;  DOES I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | 2:21-cv-02119-JAD-DJA<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**<br><br>ECF No. 25 |

Plaintiffs Julio Chiquin, Joaquina Chiquin, Juan Carlos De Paz-Ochoa, Ninfa X. Maas, and Ninfa X. Maas on behalf of her minor child, J.D.P., and Defendants J.B. Hunt Transport, Inc. and Stephen R. Palacios, hereby stipulate and agree that all claims in this action shall be dismissed with prejudice, each side to bear its own attorneys' fees and costs.

. . .

9330525

| | |
|---|---|
| DATED: December 20, 2022 | DATED: December 20, 2022 |
| **JENNINGS & FULTON, LTD.** | **THORPE SHWER, P.C.** |
| By:*/s/ Logan G. Willson (with permission)* | By: */s/ William L. Thorpe* |
| ADAM R. FULTON, ESQ.<br>Nevada Bar No. 11572<br>E-mail: afulton@jfnvlaw.com<br>LOGAN G. WILLSON, ESQ.<br>Nevada Bar No. 14967<br>E-mail: logan@jfnvlaw.com<br>2580 Sorrell Street<br>Las Vegas, Nevada 89146<br>Telephone: (702) 979-3565<br>Facsimile:  (702) 362-2060<br>***Attorneys for Plaintiffs Julio Chiquin, Joaquina Chiquin, Juan Carlos de Paz-Ochoa, Ninfa X. Maas, and Ninfa X. Maas, on behalf her minor child, J.D.P.*** | WILLIAM L. THORPE, ESQ.*<br>Arizona Bar No. 005641<br>Email: wthorpe@thorpeshwer.com<br>THOMAS D. ULREICH-POWER, ESQ.*<br>Arizona Bar No. 019345<br>Email: tulreich-power@thorpeshwer.com<br>3200 North Central Avenue, Suite 1560<br>Phoenix, Arizona 85012-2441<br>Telephone: (602) 682-6100<br>Email: docket@thorpeshwer.com<br><br>*Admitted *pro hac vice*<br><br>and,<br><br>**MESSNER REEVES LLP**<br>RENEE FINCH, ESQ.<br>Nevada Bar No. 13118<br>Email: rfinch@messner.com<br>8945 W. Russell Rd., Suite 300<br>Las Vegas, Nevada 89148<br>Telephone: (702) 363-5100<br>Facsimile: (702) 363-5101<br><br>***Attorneys for Defendant JB Hunt Transport, Inc. and Stephen R. Palacios*** |

## ORDER

Based on the parties' stipulation [ECF No. 25] and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: December 22, 2022

2

9330525